AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SRI KAJAMUKAM CHELLIAH,<br>a/k/a "Mohan," a/k/a "Richie,"<br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 13/Jan/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Abigail Becker, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

FROM
S. CHELLIAH,
#68981-004
FDC, P.O. Box-019120
MIAMI, FL 33101-9120

LEGIL MAIL

MIAMI FL 330
14 JAN 2021 PM 1 L

TO
MS. ABIGAIL E. BECKER
FEDERAL PUBLIC DEFENDER
150 WEST FLAGLER Street,
SUITE #1700
MIAMI, FL, 33130-1555

33130-152075