UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20068-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**SRI KAJAMUKAM CHELLIAH**,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 29], which was filed on March 2, 2021. In the R&R, Judge Becerra found that the Defendant Sri Kajamukam Chelliah, freely and voluntarily entered a plea of guilty as to Count 1 of the Information, which charges Defendant with Conspiracy to Bring Aliens to the United States for Private Gain, in violation of Title 8 U.S.C. §§ 1342(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count 1, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**. The Court accepts Defendant's plea of guilty,

and Defendant is hereby adjudged guilty as to Count 1 of the Information. A sentencing hearing before the Honorable Paul C. Huck is set for **Monday, May 17, 2021 at 1:00 PM**.

      **DONE AND ORDERED** in Miami, Florida on March 9, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record